# THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## CIVIL CASE NO. 1:11cv86

| | | |
|---|---|---|
| **BRANDON MICHAEL PICKENS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | <u>**ORDER OF REMAND**</u> |
| | ) | |
| **MICHAEL J. ASTRUE,** | ) | |
| **Commissioner of Social Security,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Defendant's motion pursuant to sentence four of 42 U.S.C. § 405(g) to remand this cause for a new hearing and decision. [Doc. 15].

Sentence four of 42 U.S.C. §405(g) provides in pertinent part, "[t]he court shall have the power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing." The Defendant moves for reversal of his decision and for a remand for further administrative proceedings. The Plaintiff consents to the Defendant's motion.

Based on the representations of the parties, the Court finds that reversal and remand are appropriate. <u>Melkonyan v. Sullivan</u>, 501 U.S. 89, 111 S.Ct. 2157, 115 L.Ed.2d 78 (1991).

**IT IS, THEREFORE, ORDERED** that the Defendant's motion for reversal and remand pursuant to sentence four of 42 U.S.C. §405(g) [Doc. 15] is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that the decision of the Commissioner of Social Security is hereby **REVERSED** and the case is **REMANDED**.

**IT IS FURTHER ORDERED** that upon remand the Appeals Council will assign the case to a different administrative law judge who will obtain new vocational and medical expert testimony.

A Judgment of Remand is entered simultaneously herewith. The Clerk of Court is notified that this is a final judgment closing the case.

**IT IS SO ORDERED.**

Signed: December 8, 2011

Martin Reidinger
United States District Judge