# United States District Court
## For The Western District of North Carolina
### Asheville Division

BRANDON MICHAEL PICKENS,

          Plaintiff(s),                    JUDGMENT IN A CIVIL CASE

vs.                                      1:11cv86

MICHAEL J. ASTRUE,
Commissioner of Social Security,

          Defendant(s).


DECISION BY COURT.  This action having come before the Court by Order and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's Order.


Signed: December 9, 2011

*Frank G. John*

Frank G. Johns, Clerk
United States District Court