# United States District Court
# For The Western District of North Carolina
# Asheville Division

BRANDON MICHAEL PICKENS,

        Plaintiff(s),                    JUDGMENT IN A CIVIL CASE

vs.                                        1:11cv86

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by Order and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's Order.

Signed: December 9, 2011

Frank G. Johns, Clerk
United States District Court