# United States District Court
# For The Western District of North Carolina
# Asheville Division

BRANDON MICHAEL PICKENS,

    Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                                1:11cv86

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Order and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 01/12/2012 Order. Judgment in favor of the Plaintiff and against the Defendant in the amount of $1,910.00 for attorney's fees and expenses awarded pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

                                                                      Signed: January 12, 2012

                                                                      Frank G. Johns, Clerk
                                                                      United States District Court